UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

Holding a Criminal Term

Grand Jury Sworn in on February 15, 2022

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | : | CRIMINAL NO. |
| v. | : | GRAND JURY ORIGINAL |
| MICHAEL DANIELS, | : | VIOLATION: |
| | : | 18 U.S.C. § 1951 |
| Defendant. | : | (Interference with Interstate Commerce by Robbery) |

## INDICTMENT

The Grand Jury charges that:

### COUNT ONE

On or about January 28, 2022, in the District of Columbia, **MICHAEL DANIELS**, did unlawfully obstruct, delay and affect, commerce, as that term is defined in Title 18, United States Code, Section 1951, and the movement of articles and commodities in such commerce, by robbery, as that term is defined in Title 18, United States Code, Section 1951, in that defendant, **MICHAEL DANIELS**, did unlawfully take and obtain personal property consisting of United States currency belonging to the Capitol Hill Cleaning Emporium, located at 1101 E Street, S.E., Washington, D.C., from the presence of an employee against her will by means of actual and threatened force, violence, and fear of injury, immediate and future, to her person, while the employee was engaged in commercial activities as an employee of Capitol Hill Cleaning Emporium, a business that was engaged in and that affects interstate commerce.

**(Interference with Interstate Commerce by Robbery**, in violation of Title 18, United States Code, Section 1951)

## COUNT TWO

On or about January 30, 2022, in the District of Columbia, **MICHAEL DANIELS**, did unlawfully obstruct, delay and affect, commerce, as that term is defined in Title 18, United States Code, Section 1951, and the movement of articles and commodities in such commerce, by robbery, as that term is defined in Title 18, United States Code, Section 1951, in that defendant, **MICHAEL DANIELS,** did unlawfully take and obtain personal property consisting of United States currency belonging to the Serv U Liquors, 1935 9th Street, N.W., Washington, D.C., from the presence of an employee against her will by means of actual and threatened force, violence, and fear of injury, immediate and future, to her person, while the employee was engaged in commercial activities as an employee of Serv U Liquors, a business that was engaged in and that affects interstate commerce.

(**Interference with Interstate Commerce by Robbery**, in violation of Title 18, United States Code, Section 1951)

## COUNT THREE

On or about January 31, 2022, in the District of Columbia, **MICHAEL DANIELS**, did unlawfully obstruct, delay and affect, commerce, as that term is defined in Title 18, United States Code, Section 1951, and the movement of articles and commodities in such commerce, by robbery, as that term is defined in Title 18, United States Code, Section 1951, in that defendant, **MICHAEL DANIELS,** did unlawfully take and obtain personal property consisting of United States currency belonging to the Boost Mobile store, 1737 Columbia Road, N.W., Washington, D.C., from the presence of an employee against her will by means of actual and threatened force, violence, and fear of injury, immediate and future, to her person, while the employee was engaged in commercial activities as an employee of Boost Mobile, a business that was engaged in and that affects interstate

commerce.

**(Interference with Interstate Commerce by Robbery**, in violation of Title 18, United States Code, Section 1951)

## COUNT FOUR

On or about February 7, 2022, in the District of Columbia, **MICHAEL DANIELS**, did unlawfully obstruct, delay and affect, commerce, as that term is defined in Title 18, United States Code, Section 1951, and the movement of articles and commodities in such commerce, by robbery, as that term is defined in Title 18, United States Code, Section 1951, in that defendant, **MICHAEL DANIELS,** did unlawfully take and obtain personal property consisting of United States currency belonging to the Simple Mobile, 3108 Mt. Pleasant Street, N.W., Washington, D.C., from the presence of an employee against her will by means of actual and threatened force, violence, and fear of injury, immediate and future, to her person, while the employee was engaged in commercial activities as an employee of Simple Mobile, a business that was engaged in and that affects interstate commerce.

**(Interference with Interstate Commerce by Robbery**, in violation of Title 18, United States Code, Section 1951)

## COUNT FIVE

On or about February 10, 2022, in the District of Columbia, **MICHAEL DANIELS**, did unlawfully obstruct, delay and affect, commerce, as that term is defined in Title 18, United States Code, Section 1951, and the movement of articles and commodities in such commerce, by robbery, as that term is defined in Title 18, United States Code, Section 1951, in that defendant, **MICHAEL DANIELS,** did unlawfully take and obtain personal property consisting of United States currency belonging to the Havana Tobacco and Vape, 607 Pennsylvania Avenue, S.E., Washington, D.C.,

from the presence of an employee against her will by means of actual and threatened force, violence, and fear of injury, immediate and future, to her person, while the employee was engaged in commercial activities as an employee of Havana Tobacco and Vape, a business that was engaged in and that affects interstate commerce.

**(Interference with Interstate Commerce by Robbery**, in violation of Title 18, United States Code, Section 1951)

## COUNT SIX

On or about February 13, 2022, in the District of Columbia, **MICHAEL DANIELS**, did unlawfully obstruct, delay and affect, commerce, as that term is defined in Title 18, United States Code, Section 1951, and the movement of articles and commodities in such commerce, by robbery, as that term is defined in Title 18, United States Code, Section 1951, in that defendant, **MICHAEL DANIELS,** did unlawfully take and obtain personal property consisting of United States currency belonging to the Boost Mobile, 3720 Georgia Avenue, N.W., Washington, D.C., from the presence of an employee against her will by means of actual and threatened force, violence, and fear of injury, immediate and future, to her person, while the employee was engaged in commercial activities as an employee of Boost Mobile, a business that was engaged in and that affects interstate commerce.

**(Interference with Interstate Commerce by Robbery**, in violation of Title 18, United States Code, Section 1951)

A TRUE BILL:

FOREPERSON.

_Matthew M. Graves/CCW_
Attorney of the United States in
and for the District of Columbia.